### D. T. MICHAEL

*v.*

### THE PEOPLE *ex rel.* W. E. Peabody.

*Opinion filed December 22, 1897—Rehearing denied February 15, 1898.*

The questions involved in this case have been disposed of in the opinion rendered in the case of *Hoover* v. *People ex rel.* (*ante,* p. 182.)

APPEAL from the County Court of Christian county; the Hon. LYMAN G. GRUNDY, Judge, presiding.

J. C. McBRIDE, for appellant.

A. H. RANES, City Attorney, E. A. HUMPHREYS, State's Attorney, and JOHN E. HOGAN, for appellee.

Mr. CHIEF JUSTICE PHILLIPS delivered the opinion of the court:

The questions involved in this case are substantially, if not exactly, the same as those which have been fully considered and decided at the present term of this court in the case of *Hoover* v. *People ex rel.* (*ante,* p. 182,) and this case must be controlled by what has been there decided. For the reasons there stated the judgment of the county court of Christian county in this case is reversed, and the cause remanded for further proceedings in conformity with the opinion in the *Hoover* case.

*Reversed and remanded.*